**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr297**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| VINCENT ALLEN SHORTER. ) | |
| ) | |

**THIS MATTER** is before the court on defendant's letter dated June 27, 2012 (#21). In that letter, he asks that his case be placed on the sentencing calendar as soon as possible and that his counsel advised him to correspond with the court:

> I spoke with her before I address you in this matter, an[d] she stated she didn't see any harm in me writing and she would also send an email.

Letter, at 1 (errors in the original). The court is certain that there is a misunderstanding between Mr. Shorter and Ms. Marroquin, as it is not appropriate for a represented party to contact the court *ex parte*. See L.Cr.R. 47.1(H). Indeed, not only does such correspondence jeopardize a defendant's "right to remain silent," the numerous letters from defendants the court receives only serves to delay matters.

In this case, defendant's plea was accepted in January, the draft PSR issued in May, and the final PSR was filed in late May after defendant filed objections. Thus, this matter is already on what the court considers an expeditious track and a sentencing hearing will be calendared soon.

-1-

# ORDER

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief in his letter (#21), such relief is **DENIED.**

Signed: July 6, 2012

Max O. Cogburn Jr.
United States District Judge